# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Lawrence Goodwin, | : |
| Plaintiff, | : Civil Action No.: |
| v. | : 1:11-cv-04306-MHS-RGV |
| Jacob Collection Group, LLC; and DOES 1-10, inclusive, | : |
| Defendant. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

1

Dated: February 1, 2012

        Respectfully submitted,

         /s/  Cara Hergenroether, Esq.
        Attorney Bar No.: 570753
        Attorney for Plaintiff Lawrence Goodwin
        LEMBERG & ASSOCIATES L.L.C.
        1400 Veterans Memorial Highway
        Suite 134, #150
        Mableton, GA 30126
        Telephone: (855) 301-2100 ext. 5516
        Facsimile:   (888) 953-6237
        Email: chergenroether@lemberglaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2012, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Northern District of Georgia Electronic Document Filing System (ECF) and that the document is available on the ECF system.

> By /s/ Cara Hergenroether
> Cara Hergenroether