IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Lawrence Goodwin,<br><br>    Plaintiff,<br>v.<br><br>Jacob Collection Group, LLC,; and DOES 1-10, inclusive,<br><br>    Defendants. | Civil Action No.:<br>1:11-cv-04306-MHS-RGV |

**PLAINTIFF LAWRENCE GOODWIN'S NOTICE
OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and L.R. 41.1, Plaintiff Lawrence Goodwin, through counsel, hereby withdraws the complaint and voluntarily dismisses this action with prejudice.

Dated: March 5, 2012

                    Respectfully submitted,

                    /s/  Cara Hergenroether, Esq.
                    Attorney Bar No.: 570753
                    Attorney for Plaintiff
                    Lawrence Goodwin
                    LEMBERG & ASSOCIATES L.L.C.
                    1400 Veterans Memorial Highway
                    Suite 134, #150
                    Mableton, GA 30126
                    Telephone: (855) 301-2100 ext. 5516
                    Facsimile:   (888) 953-6237
                    Email: chergenroether@lemberglaw.com

                    Of Counsel To:

                    LEMBERG & ASSOCIATES L.L.C.
                    1100 Summer Street, 3rd Floor
                    Stamford, CT 06905
                    Telephone: (203) 653-2250
                    Facsimile: (203) 653-3424

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2012, a true and correct copy of the foregoing Notice of Voluntary Dismissal with Prejudice was filed with the Clerk of Court via the CM/ECF System and that the document is available on ECF system.

/s/ Cara Hergenroether<br>
Georgia Bar No. 570753<br>
Attorney for Plaintiff

LEMBERG & ASSOCIATES L.L.C.
1400 Veterans Memorial Highway
Suite 134, #150
Mableton, GA 30126
Telephone: (855) 301-2100 ext. 5516
Email: chergenroether@lemberglaw.com

Of Counsel To:

LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424